BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $15,745.00 IN U.S. CURRENCY,<br><br>             Defendant. | 2:13-CV-01014-JAM-DAD<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 29, 2013 TO SEPTEMBER 27, 2013; ORDER |

The United States submits the following request that the Court extend the deadline to file a Joint Status Report ("JSR") from July 29, 2013 to September 27, 2013.

## Introduction

On May 22, 2013, the United States filed a verified civil forfeiture complaint against above-captioned currency ("defendant currency"), alleging that the defendant currency was involvement in violations of federal drug laws.

## Good Cause

The United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by the Supplemental Rules governing forfeiture cases.  Additionally, public notice on the official internet

United States' Request to Continue the
Deadline to File a Joint Status Report

government forfeiture site, www.forfeiture.gov, began on May 30, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

To date, no party has filed a claim or answer in this case.

Potential claimant Quan Hoang Le ("Le"), who filed a claim in the administrative forfeiture proceeding, was sent notice by first class and certified mail on May 29, 2013, and by personal service on June 20, 2013. Le has not filed a claim and the statutory deadline for Le to file a claim has expired.

On July 26, 2013, the United States filed a request for a clerk's default against Le. (Doc. 8). After a clerk's default is entered against Le pursuant to Rule 55(a), the United States intends to draft a motion for default judgment and final judgment of forfeiture.

Thus, there is good cause to extend the deadline to file a joint status report in this case from July 29, 2013 to September 27, 2013, or to a date the Court deems appropriate.

Dated: July 26, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Jeffrey A. Spivak
                                         JEFFREY A. SPIVAK
                                         Assistant U.S. Attorney


ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from July 29, 2013 to September 27, 2013.

IT IS SO ORDERED.

Dated: 7/26/2013                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Court Judge

2

United States' Request to Continue the
Deadline to File a Joint Status Report