BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01014-JAM-DAD |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM SEPTEMBER 27, 2013, TO DECEMBER 26, 2013; ORDER |
| v. | |
| APPROXIMATELY $15,745.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following request that the Court extend the deadline to file a Joint Status Report ("JSR") from September 27, 2013, to December 26, 2013.

### Introduction

On May 22, 2013, the United States filed a verified civil forfeiture complaint against the above-captioned currency ("defendant currency"), alleging that the defendant currency was involved in violations of federal drug laws.

### Good Cause

The United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by Supplemental Rules governing forfeiture cases.  Additionally, public notice on the official internet government forfeiture site www.forfeiture.gov, began on May 30, 2013, and ran for thirty consecutive

1  days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime
2  Claims and Asset Forfeiture Actions.
3      To date, no party has filed a claim or answer in this case.
4      Potential claimant Quan Hoang Le ("Le"), who filed a claim in the administrative
5  forfeiture proceeding, was sent notice by first class and certified mail on May 29, 2013,
6  and by personal service on June 20, 2013.  Le has not filed a claim and the statutory
7  deadline for Le to file a claim has expired.
8      A Clerk's Certificate of Entry of Default was entered against Le on July 29, 2013.
9  The United States filed its *Ex Parte* Motion for Default Judgment and Final Judgment of
10 Forfeiture and Brief in Support Thereof on September 11, 2013. (Doc. 13).  That motion is
11 now pending.
12     Thus, there is good cause to extend the deadline to file a joint status report in this
13 case from September 27, 2013 to December 26, 2013, or to a date the Court deems
14 appropriate.

15 Dated:  9/23/2013                    BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ Jeffrey A. Spivak
                                                 JEFFREY A. SPIVAK
                                                 Assistant U.S. Attorney

## ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from September 27, 2013, to December 26, 2013.

    IT IS SO ORDERED.

Dated: 9/24/2013                     /s/ John A. Mendez
                                                JOHN A MENDEZ
                                                United States District Court Judge