1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:13-cv-01014-JAM-DAD

12                Plaintiff,
                                           FINDINGS AND
13         v.                              RECOMMENDATIONS

14  APPROXIMATELY $15,745.00 IN U.S.
    CURRENCY,
15
                  Defendant.
16

17

18         This matter came before the Honorable Judge Dale A. Drozd on the United

19  States' ex parte motion for default judgment.  There was no appearance by or on behalf of

20  any other person or entity claiming an interest in the above-captioned defendant currency

21  to oppose the United States' motion.   Based on the United States' motion and the files

22  and records of the court, THE COURT FINDS as follows:

23         1.     This action arose out of a Verified Complaint for Forfeiture *In Rem*

24  filed May 22, 2013.

25         2.     The United States has moved this Court, pursuant to Local Rule 540,

26  for entry of default judgment of forfeiture against potential claimant Quan Hoang Le.

27         3.     The United States has shown that a complaint for forfeiture was filed;

28  that potential claimant, Quan Hoang Le, received notice of the forfeiture action; that any

                                           1

1  and all other unknown potential claimants have been served by publication; and that

2  grounds exist for entry of a final judgment of forfeiture.

3          Therefore, IT IS RECOMMENDED as follows:

4          4.      That Quan Hoang Le be held in default;

5          5.      That the United States' motion for default judgment and final

6  judgment of forfeiture be granted;

7          6.      That judgment by default be entered against any right, title, or

8  interest of potential claimant Quan Hoang Le in the defendant currency referenced in the

9  above caption;

10          7.      That a final judgment be entered, forfeiting all right, title, and

11  interest in the defendant currency to the United States, to be disposed of according to

12  law;

13          8.      That the Default Judgment and Final Judgment of Forfeiture lodged

14  herein be signed by the Honorable John A. Mendez, and filed by the Clerk of the Court.

15  Dated:  September 26, 2013

16

17  _____
    DALE A. DROZD
18  UNITED STATES MAGISTRATE JUDGE

19

20
    Ddad1\orders.civil\U.S. v. $15,745.mdj.f&rs.docx
21

22

23

24

25

26

27

28

2

Findings and Recommendations